RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

AURORA LOAN SERVICES LLC f/k/a
AURORA LOAN SERVICES, INC.

CASE NO. C08-01223 JL

Plaintiff(s),

v.

FIRST ALLIED MORTGAGE, INC. dba
FIRST ALLIED FUNDING, a California
corporation

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

JASON M. LYNCH , an active member in good standing of the bar of COLORADO whose business address and telephone number (particular court to which applicant is admitted) is

SUPREME COURT OF COLORADO, 1560 Broadway, Suite 1800, Denver, CO 80202
303-866-6554

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AURORA LOAN SERVICES, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge