RECEIVED

MAR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

AURORA LOAN SERVICES LLC f/k/a
AURORA LOAN SERVICES, INC.

              Plaintiff(s),

      v.

FIRST ALLIED MORTGAGE, INC. dba
FIRST ALLIED FUNDING, a California
corporation

              Defendant(s).

CASE NO.   C 08-01223 JL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

LINDSAY A. UNRUH ☑ , an active member in good standing of the bar of

COLORADO ☑ whose business address and telephone number

(particular court to which applicant is admitted)

is

SUPREME COURT OF COLORADO, 1560 Broadway, Suite 1800, Denver, CO 80202
303-866-6554

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing AURORA LOAN SERVICES, LLC ☑ .

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                          United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California