| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| RACHEL M. DOLLAR<br>SMITH DOLLAR, PC<br>400 WEST THIRD STREET<br>SUITE 182<br>SANTA ROSA, CA 95401 | (707) 522-1100<br><br>Bar #199977 | FILED<br>08 APR 29 AM 11:50<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>80151-20219 | |

Insert name of Court, and Judicial District and Branch Court:
**United States District Court Of Northern District Of California**

Plaintiff: AURORA LOAN SERVICES LLC., et al.
Defendant: FIRST ALLIED MORTGAGE, INC., et al.

| PROOF OF SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C08-01223 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons And Complaint; Civil Case Cover Sheet, Certificate Of Interested Entities Or Persons, Order Setting Initial Case Management Conference And Adr Deadlines.

3. a. Party Served:     FIRST ALLLIED MORTGAGE, INC. dba   FIRST ALLIED FUNDING, a california corporation (Defendant)

   b. Person Served:    BELIA FRANKO, AGENT FOR SERVICE

4. Address where the party was served:   925 YGNACIO VALLEY ROAD
   SUITE 100
   WALNUT CREEK, CA 94596

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon, Mar. 24, 2008 (2) at: 11:10AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   b. as the person sued under the fictitous name of: dba FIRST ALLIED FUNDING A CALIFORNIA CORPORATION
   c. on behalf of: FIRST ALLIED MORTGAGE, INC.
   Under CCP 416.10 (corporation)

7. Person who served the papers:
   a. DAMON PULIDO
   b. **D & T SERVICES, LTD.**
   2146 N. Main Street, Suite A
   P.O. Box 5383
   Walnut Creek, CA 94596
   c. (925) 947-1221

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was: $47.00
   e. I am: (3) Registered California process server.
       (i) Employee
       (ii) Registration No.: 672
       (iii) County: CONTRA COSTA
       (iv) Expiration: Mar. 29, 2009

8. *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mar. 24, 2008

Judicial Council Form POS-010
Rule 982.9.(a) & (b) Rev Jan. 01, 2007

PROOF OF SERVICE      (DAMON PULIDO)      SMITHDOL.118284

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 29 AM 11:50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

E-FILING

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC.<br><br>v.<br><br>FIRST ALLIED MORTGAGE, INC. dba FIRST ALLIED FUNDING, a California corporation | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**C08 01223**<br><br>JL |

TO: (Name and address of defendant)

FIRST ALLIED MORTGAGE, INC. dba FIRST ALLIED FUNDING, a California corporation

c/o Belia Franko, Agent for Service of Process
925 Ygnacio Valley Road, Suite 100
Walnut Creek, CA 94596

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rachel M. Dollar, SBN 199977
Sherrill A. Oates, SBN 213763
Smith Dollar PC
400 West Third Street, Suite 182
Santa Rosa, CA 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101
E-mail: rdollar@smithdollar.com; soates@smithdollar.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB 29 2008

Richard W. Wieking
CLERK

DATE _____

*(signature)*
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell