Rachel M. Dollar, Esq. (SBN 199977)
Sherril A. Oates, Esq. (SBN 213763)
SMITH DOLLAR PC
Attorneys at Law
400 W. Third Street, Suite 182
Santa Rosa, CA  95401
Telephone:     (707) 522-1100
Facsimile:      (707) 522-1101
Email:  rdollar@smithdollar.com
Email:  soates@smithdollar.com

Larry S. Pozner, Esq. (Pro Hac Vice Pending)
Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (Pro Hac Vice)
Lindsay A. Unruh, Esq. (Pro Hac Vice)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:     (303) 893-6100
Facsimile:      (303) 893-6110
Email:  lpozner@litigationcolorado.com
Email:  mrollin@litigationcolorado.com
Email:  jlynch@litigationcolorado.com
Email:  lunruh@litigationcolorado.com

Attorneys for Plaintiff Aurora Loan Services LLC

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC.,<br><br>        Plaintiff,<br>v.<br><br>FIRST ALLIED MORTGAGE, INC. dba FIRST ALLIED FUNDING, a California Corporation<br><br>        Defendant. | CASE NO.:  C08-01223JL<br><br>**ADR CERTIFICATION BY PARTY AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

- 1 -
ADR Certification by Party and Counsel

257094

1    (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

2    (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 14, 2008

*/s/ Jonathan Musser*
Jonathan Musser, Esq.
Aurora Loan Services, LLC
10350 Park Meadows Drive
Littleton, CO 80124
(720) 945-3000

Dated: May 14, 2008

*/s/ Lindsay A. Unruh*
Larry S. Pozner, Esq. (Pro Hac Vice Pending)
Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (Pro Hac Vice)
Lindsay A. Unruh, Esq. (Pro Hac Vice)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:    (303) 893-6100

Rachel M. Dollar, Esq. (SBN 199977)
Sherrill A. Oates, Esq. (SBN 213763)
SMITH DOLLAR PC
Attorneys at Law
400 W. Third Street, Suite 182
Santa Rosa, CA  95401
Telephone:    (707) 522-1100

ATTORNEYS FOR PLAINTIFF

257094

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document

/s/ Lindsay A. Unruh

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid and via facsimile and/or e-mail, this 14th day of May, 2008, to the following:

Arthur V. Pearson, Esq. (SBN 58860)
Vincent O'Gara, Esq. (SBN 62304)
Jason J. Galek, Esq. (SBN 239638)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearney Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

/s/ Lindsay A. Unruh

- 3 -
ADR Certification by Party and Counsel

257094