Rachel M. Dollar, Esq. (SBN 199977)
Sherrill A. Oates, Esq. (SBN 213763)
SMITH DOLLAR PC
Attorneys at Law
400 W. Third Street, Suite 182
Santa Rosa, CA  95401
Telephone:     707.522.1100
Facsimile:      707.522.1101
Email:  rdollar@smithdollar.com
Emial:  soates@smithdollar.com

Larry S. Pozner, Esq. (Pro Hac Vice Pending)
Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (Pro Hac Vice)
Lindsay A. Unruh, Esq. (Pro Hac Vice)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:     (303) 893 6100
Facsimile:      (303) 893-6110
Email:  lpozner@litigationcolorado.com
Email:  mrollin@litigationcolorado.com
Email:  jlynch@litigationcolorado.com
Email:  lunruh@litigationcolorado.com

Attorneys for Plaintiff Aurora Loan Services LLC

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC., <br><br> Plaintiff, <br> v. <br><br> FIRST ALLIED MORTGAGE, INC. dba FIRST ALLIED FUNDING, a California Corporation <br><br> Defendant. | CASE NO.:  C08-01223JL <br><br> **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
|---|---|

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.  Counsel request that the Court address the scheduling of a Settlement Conference at the Case Management Conference set for June 4, 2008. Alternatively, the parties will participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.

- 1 -
Notice of Need for ADR Phone Conference

257209

The following counsel will participate in the ADR conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Larry S. Pozner | Aurora Loan Services, LLC | (303) 893-6100 | lpozner@litigationcolorado.com |
| Michael A. Rollin | Aurora Loan Services, LLC | (303) 893-6100 | mrollin@litigationcolorado.com |
| Lindsay A. Unruh | Aurora Loan Services, LLC | (303) 893-6100 | lunruh@litigationcolorado.com |
| Rachel M. Dollar | Aurora Loan Services, LLC | (707) 522-1100 | rdollar@smithdollar.com |
| Vincent O'Gara | First Allied Mortgage | (415) 788 1900 | vogara@mpbf.com |

Dated: May 14, 2008               /s/ Lindsay A. Unruh
                                  Larry S. Pozner, Esq. (Pro Hac Vice Pending)
                                  Michael A. Rollin, Esq. (SBN 251557)
                                  Jason M. Lynch, Esq. (Pro Hac Vice)
                                  Lindsay A. Unruh, Esq. (Pro Hac Vice)
                                  REILLY POZNER & CONNELLY LLP
                                  511 Sixteenth Street, Suite 700
                                  Denver, CO 80202
                                  Telephone:    (303) 893-6100

                                  Rachel M. Dollar, Esq. (SBN 199977)
                                  Sherrill A. Oates, Esq. (SBN 213763)
                                  SMITH DOLLAR PC
                                  Attorneys at Law
                                  400 W. Third Street, Suite 182
                                  Santa Rosa, CA 95401
                                  Telephone:    (707) 522-1100

                                  ATTORNEYS FOR PLAINTIFF

Dated: May 14, 2008               /s/ Vincent O'Gara
                                  Arthur V. Pearson, Esq. (SBN 58860)
                                  Vincent O'Gara, Esq. (SBN 62304)
                                  Jason J. Galek, Esq. (SBN 239638)
                                  MURPHY, PEARSON, BRADLEY & FEENEY
                                  88 Kearney Street, 10th Floor
                                  San Francisco, CA 94108-5530
                                  Tel: (415) 788-1900
                                  Fax: (415) 393-8087

                                  ATTORNEYS FOR DEFENDANT