| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Larry S. Pozner, CO #2792
Reilly Pozner & Connelly LLP
511 16th Street, # 700, Denver, CO 80202
303-893-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AURORA LOAN SERVICES LLC f/k/a
AURORA LOAN SERVICES, INC.,

    Plaintiff(s),

  v.

FIRST ALLIED MORTGAGE, INC. dba
FIRST ALLIED FUNDING, a California
corporation

    Defendant(s).

CASE NO. C08-01223JL

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Larry S. Pozner, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Aurora Loan Services LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Rachel M. Dollar, Esq. (SBN 199977), SMITH DOLLAR PC
400 W. Third Street, Suite 182, Santa Rosa, CA 95401, 707-552-1100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/6/08

Larry S. Pozner