| | |
|---|---|
| 1 | Rachel M. Dollar, Esq. (SBN 199977) |
| | Sherrill A. Oates, Esq. (SBN 213763) |
| 2 | SMITH DOLLAR PC |
| | Attorneys at Law |
| 3 | 400 W. Third Street, Suite 182 |
| | Santa Rosa, CA 95401 |
| 4 | Telephone:   (707) 522-1100 |
| | Facsimile:    (707 522-1101 |
| 5 | Email: rdollar@smithdollar.com |
| | Email: soates@smithdollar.com |
| 6 | |
| 7 | Larry S. Pozner, Esq. (Pro Hac Vice) |
| | Michael A. Rollin, Esq. (SBN 251557) |
| | Jason M. Lynch, Esq. (Pro Hac Vice) |
| 8 | Lindsay A. Unruh, Esq. (Pro Hac Vice) |
| | REILLY POZNER & CONNELLY LLP |
| 9 | 511 Sixteenth Street, Suite 700 |
| | Denver, CO 80202 |
| 10 | Telephone:   (303) 893 6100 |
| | Facsimile:    (303) 893-6110 |
| 11 | Email: lpozner@litigationcolorado.com |
| | Email: mrollin@litigationcolorado.com |
| 12 | Email: jlynch@litigationcolorado.com |
| | Email: lunruh@litigationcolorado.com |
| 13 | |
| 14 | Attorneys for Plaintiff Aurora Loan Services LLC |
| 15 | and |
| 16 | Arthur V. Pearson - 58860 |
| | Vincent O'Gara - 62304 |
| 17 | MURPHY, PEARSON, BRADLEY & FEENEY |
| | 88 Kearny Street, 10th Floor |
| 18 | San Francisco, CA 94108-5530 |
| | Telephone:   (415) 788-1900 |
| | Facsimile:    (415) 393-8087 |
| 19 | Email: vogara@mpbf.com |
| 20 | Attorneys for Defendant First Allied Mortgage |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- 1 -
Consent to Proceed Before a United States Magistrate Judge

257091
262448

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a<br>AURORA LOAN SERVICES, INC.,<br><br>    Plaintiff,<br>v.<br><br>FIRST ALLIED MORTGAGE, INC. dba<br>FIRST ALLIED FUNDING, a California<br>Corporation<br><br>    Defendant. | CASE NO.:  C08-01223JL<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

DATED:        May 30, 2008                          *s/ Lindsay A. Unruh*
　　　　　　　　　　　　　　　　　　　　　　　Larry S. Pozner, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　　Michael A. Rollin, Esq. (SBN 251557)
　　　　　　　　　　　　　　　　　　　　　　　Jason M. Lynch, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　　Lindsay A. Unruh, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　　REILLY POZNER & CONNELLY LLP
　　　　　　　　　　　　　　　　　　　　　　　511 Sixteenth Street, Suite 700
　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　Telephone:    (303) 893-6100

　　　　　　　　　　　　　　　　　　　　　　　Rachel M. Dollar, Esq. (SBN 199977)
　　　　　　　　　　　　　　　　　　　　　　　Sherrill A. Oates, Esq. (SBN 213763)
　　　　　　　　　　　　　　　　　　　　　　　SMITH DOLLAR PC
　　　　　　　　　　　　　　　　　　　　　　　Attorneys at Law
　　　　　　　　　　　　　　　　　　　　　　　400 W. Third Street, Suite 182
　　　　　　　　　　　　　　　　　　　　　　　Santa Rosa, CA  95401
　　　　　　　　　　　　　　　　　　　　　　　Telephone:    (707) 522-1100

257091
262448

| | | |
|---|---|---|
| 1 | | ATTORNEYS FOR PLAINTIFF |
| 2 | DATED:    May 30, 2008 | *s/ Vincent O'Gara* |
| 3 | | Arthur V. Pearson, Esq. (SBN 58860) |
| 4 | | Vincent O'Gara, Esq. (SBN 62304) |
| | | MURPHY, PEARSON, BRADLEY & FEENEY |
| 5 | | 88 Kearney Street, 10th Floor |
| | | San Francisco, CA 94108-5530 |
| 6 | | Tel: (415) 788-1900 |
| | | Fax: (415) 393-8087 |
| 7 | | |
| 8 | | ATTORNEYS FOR DEFENDANT |

257091
262448