## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:29-10:51 (22min)
Date: **June 4, 2008**

Case No: **C08-1223  JL**

Case Name: **Aurora Loan Services v. First Allied Mortgage, Inc.**

Plaintiff  Attorney(s): Larry Pozner; Jon Vonderhaar; Lindsay Unruh
Defendant Attorney(s): Vincent O'Gara
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to another MJ for settlement conference w/in 30 days.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 8-6-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
         [ ] Jury  [ ] Court


Notes: Counsel may request to appear at next CMC by phone.




cc: Venice, Kathleen, Magref (emergency)