Rachel M. Dollar, Esq. (SBN 199977)
Sherrill A. Oates, Esq. (SBN 213763)
SMITH DOLLAR PC
Attorneys at Law
400 W. Third Street, Suite 182
Santa Rosa, CA  95401
Telephone:     (707) 522-1100
Facsimile:      (707) 522-1101
Email:  rdollar@smithdollar.com
Email:  soates@smithdollar.com

Larry S. Pozner, Esq. (Pro Hac Vice)
Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (Pro Hac Vice)
Lindsay A. Unruh, Esq. (Pro Hac Vice)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:     (303) 893 6100
Facsimile:      (303) 893-6110
Email:  lpozner@litigationcolorado.com
Email:  mrollin@litigationcolorado.com
Email:  jlynch@litigationcolorado.com
Email:  lunruh@litigationcolorado.com

Attorneys for Plaintiff Aurora Loan Services LLC

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC.,<br><br>　　Plaintiff,<br>v.<br><br>FIRST ALLIED MORTGAGE, INC. dba FIRST ALLIED FUNDING, a California Corporation<br><br>　　Defendant. | CASE NO.:  C08-01223JL<br><br>**PLAINTIFF'S UNOPPOSED APPLICATION TO APPEAR BY PHONE AT THE JUNE 27, 2008 SETTLEMENT CONFERENCE** |

Aurora Loan Services LLC ("Aurora"), by and through its counsel, the law firms of Reilly Pozner & Connelly LLP and Smith Dollar PC, hereby requests that the Court grant Aurora's Denver attorneys, as well as an Aurora representative, the ability to appear by telephone at the Settlement Conference currently set for June 27, 2008 at 9:30 a.m.  As grounds therefore, counsel states as follows:

- 1 -
Plaintiff's Unopposed Application to Appear By Phone at the June 27, 2008 Settlement Conference

264362

1. Aurora's California counsel, Smith Dollar PC, will appear at the Settlement Conference in person.

2. The office of Aurora's Denver, Colorado counsel is located approximately 1300 miles away from the location of the Settlement Conference.

3. The office of Aurora's representative is located in Littleton, Colorado, which is also approximately 1300 miles away from the location of the Settlement Conference.

4. Appearance by phone of Denver counsel and an Aurora representative is particularly appropriate because this is not a typical Settlement Conference as liability and damages are not currently at issue. Defendant First Allied's only purported asset is a $300,000 diminishing insurance policy. The settlement of this matter is thus premised on the amount of money available to Aurora under First Allied's insurance policy and proof that First Allied has no other available assets.

5. Counsel for Aurora has conferred with counsel for First Allied regarding appearance of Denver counsel and an Aurora Representative at the Settlement Conference by phone. Counsel for First Allied has no objection.

WHEREFORE, Aurora respectfully requests that the Court allow Aurora's Denver counsel and a representative from Aurora to make their appearance at the Settlement Conference set for June 27, 2008 at 9:30 a.m. by phone.

Dated: June 13, 2008.

By  */s/ Lindsay A. Unruh*

Larry S. Pozner, Esq. (Pro Hac Vice)
Michael A. Rollin, Esq. (SBN 251557)
Jason M. Lynch, Esq. (Pro Hac Vice)
Lindsay A. Unruh, Esq. (Pro Hac Vice)
REILLY POZNER & CONNELLY LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
Telephone:    (303) 893-6100

1  
2  
3  
4  
                Rachel M. Dollar, Esq. (SBN 199977)  
                Sherrill A. Oates, Esq. (SBN 213763)  
                SMITH DOLLAR PC  
                Attorneys at Law  
                400 W. Third Street, Suite 182  
                Santa Rosa, CA  95401  
                Telephone:     (707) 522-1100  

5                              ATTORNEYS FOR PLAINTIFF

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

- 3 -  
Plaintiff's Unopposed Application to Appear By Phone at the June 27, 2008 Settlement Conference

264362