UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST ALLIED MORTGAGE, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-08-1223 JL (EMC)<br><br>**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**<br><br>**(Docket No. 20)** |

Plaintiff AURORA LOAN SERVICES LLC ("AURORA") and its counsel REILLY POZNER & CONNELLY of Denver, Colorado, requested to be excused from personally appearing at the Settlement Conference scheduled for June 27, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance of Plaintiff AURORA and its counsel REILLY POZNER & CONNELLY. Therefore, it is hereby ORDERED that Plaintiff AURORA and its counsel REILLY POZNER & CONNELLY be available by telephone from 9:30 a.m. Pacific Time until further notice on June 27, 2008. Plaintiff's local counsel Smith Dollar shall appear in person at the Settlement Conference.

///
///
///
///
///
///

1  If the Court concludes that the absence of Plaintiff AURORA and its counsel REILLY
2  POZNER & CONNELLY is impeding the settlement conference, the Court may continue the
3  Settlement Conference and may order personal attendance by each party including Plaintiff
4  AURORA and its counsel REILLY POZNER & CONNELLY.
5  This Order disposes of Docket No. 20.

7  IT IS SO ORDERED.

Dated:  June 23, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2