**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**          June 27, 2008

**Court Reporter:**     FTR 062708 (12:38 - 12:43)

**Case No.:**     C-08-1223 JL (EMC)

**Case Name:**   Aurora Loan Services LLC v. First Allied Mortgage, Inc.

**Counsel:**
**Plf:**   Jon A.C. Vonder Haar                    **Def:**   Vincent O'Gara
       Larry S. Pozner (via telephone)
       Lindsay A. Unruh (via telephone)


**Outcome of Settlement Conference:**

|    X    |   Settled         |
|---------|-------------------|
|         | Partial settlement|
|         | Did not settle    |
|         | Other:            |

**Notes:**

**Time:** 3.25 hours


                                                      ____/s/____
                                                      Leni Doyle, Deputy Clerk


cc:   EMC, JL